IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES

v.  CRIMINAL NO. 3:17-cr-92-DCB-LRA

MICHAEL JIM

ORDER GRANTING SPECIAL TRIAL SETTING

This cause is before the Court on the Government's Motion for a Special Setting (docket entry 18), wherein the Government requests that the trial in this matter be rescheduled for September 18, 2017, in order to comply with the defendant's speedy trial rights. Having reviewed the motion, and being informed via email that defense counsel is amenable to the requested trial date, the Court finds that the Government's request shall be granted.

SO ORDERED, this the 8th day of September, 2017.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE